IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VIRCO MFG. CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HERTZ FURNITURE SYSTEMS LLC, a New Jersey company; and ACADEMIA FURNITURE LLC, a New Jersey company,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-02205 JAK(JCx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**JS-6**<br><br>**Hon. Judge John A. Kronstadt** |

*1* The Court, having considered the Stipulation of Dismissal filed by Plaintiff Virco Mfg. Corporation and Defendants Hertz Furniture Systems LLC and Academia Furniture LLC, and for good cause shown, hereby ORDERS that:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and defenses in this action are dismissed with prejudice;

2. The parties shall each bear their own costs, expenses, and attorneys' fees;

3. The Court's grant of partial summary judgment of non-infringement of U.S. Design Patent No. D560,085, as set forth in Docket No. 89, entered on January 3, 2014, is hereby vacated; and,

4. The Court shall retain jurisdiction over the matter to enforce compliance with the Settlement Agreement.

IT IS SO ORDERED

Dated: March 17, 2014

John A. Kronstadt
United States District Judge

17381332